UNITED STATES DISTRICT COURT
SOURTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
: 
ROSA OLIBARES, et al., :
:
                   Plaintiffs, :
:    21-cv-10694 (VSB)
          -against- :
:    **ORDER**
MK CUISINE GLOBAL LLC, et al., :
:
                Defendants. :
:
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      Plaintiffs filed this action on December 14, 2021, (Doc. 1), and filed an affidavit of service for Defendants Yves Jadot, Christophe Jadot, and David Jadot on January 12, 2022, (Docs. 40, 41, 44).  The deadline for Defendant Yves Jadot, Christophe Jadot, and David Jadot to respond to Plaintiffs' complaint was January 12, 2022.  (*See id*.)  To date, Defendants Yves Jadot, Christophe Jadot, and David Jadot have not appeared or responded to the complaint.  Plaintiffs, however, have taken no action to prosecute this case against Defendants Yves Jadot, Christophe Jadot, and David Jadot.  Accordingly, if Plaintiffs intend to seek a default judgment, they are directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than April 20, 2022.  If Plaintiffs fail to do so or otherwise demonstrate that they intend to prosecute this litigation against Defendants Yves Jadot, Christophe Jadot, and David Jadot, I may dismiss this case against those Defendants for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated: April 6, 2022
       New York, New York

_____
VERNON S. BRODERICK
United States District Judge