# Lee Litigation Group, PLLC
148 West 24th Street, Eighth Floor
New York, NY 10011
Tel: 212-465-1180
Fax: 212-465-1181
info@leelitigation.com

Writer's Direct:   (212) 465-1188
                   cklee@leelitigation.com

July 20, 2022

**Via ECF**
The Honorable Vernon S. Broderick, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Courtroom 518
New York, NY 10007

      Re:   *Olibares et al. v. MK Cuisine Global LLC et al.*
            Case No.: 1:21-cv-10694 (VSB)

Dear Judge Broderick:

    We are counsel to Plaintiffs in the above-referenced matter and write, jointly with counsel to Defendants, to inform the Court that the parties have reached a class settlement. Plaintiffs intend to file a motion for preliminary approval of the class settlement by August 17, 2022.

    In view of the foregoing, the parties respectfully request all dates and deadlines be adjourned *sine die*.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.

cc: all parties via ECF