UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROSA OLIBARES and ADAM RUSSELL,
*on behalf of themselves, FLSA Collective Plaintiffs and the Class,*

        Plaintiffs,

        v.

MK CUISINE GLOBAL LLC, et al.,

        Defendants.

Case No.: 1:21-cv-10694 (VSB)

---

**NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR AN ORDER
(1) CONDITIONALLY CERTIFYING SETTLEMENT CLASS AND COLLECTIVE ACTION, (2) GRANTING PRELIMINARY APPROVAL TO PROPOSED CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION, (3) DIRECTING DISSEMINATION OF NOTICE AND RELATED MATERIAL TO THE CLASS, AND (4) SETTING DATE FOR FAIRNESS HEARING AND RELATED DATES**

For the reasons set forth in the Memorandum of Law in Support of Plaintiffs' Unopposed Motion for an Order (1) Conditionally Certifying Settlement Class and Collective Action, (2) Granting Preliminary Approval to Proposed Class Action Settlement and Plan of Allocation, (3) Directing Dissemination of Notice and Related Material to the Class, (4) Setting Date for Fairness Hearing and Related Dates ("Motion for Preliminary Approval"), and the Declaration of C.K. Lee in Support of Plaintiffs' Motion for Preliminary Approval ("Lee Declaration"), Plaintiffs respectfully request that the Court enter an Order:

(1)     granting preliminary approval of the Class Settlement Agreement between the parties ("Settlement Agreement"), attached as **Exhibit A** to Lee Declaration;

(2)     conditionally certifying the proposed class for settlement purposes;

(3)     appointing Lee Litigation Group, PLLC ("Lee Litigation Group" or "Plaintiffs' Counsel") as Class Counsel;

(4)   appointing Advanced Litigation Strategies, LLC as Claims Administrator;

(5)   approving the proposed Notice of Proposed Class Action Settlement, attached as **Exhibit B** to Lee Declaration; and

(6)   granting such other, further, or different relief as the Court deems just and proper.

\*              \*              \*

For the Court's convenience, Plaintiffs have contemporaneously submitted a Proposed Order, attached hereto as **Exhibit 1**.

Dated: New York, New York
     August 19, 2022

Respectfully submitted,
LEE LITIGATION GROUP, PLLC
By:   */s/ C.K. Lee*

C.K. Lee, Esq. (CL 4086)
148 West 24th Street, 8th Floor
New York, NY 10011
Tel: (212) 465-1188
Fax: (212) 465-1181
*Attorneys for Plaintiffs, FLSA Collective Plaintiffs and the Class*