UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ROSA OLIBARES and ADAM RUSSELL, *on behalf of themselves, FLSA Collective Plaintiffs, and the Class*,

                              Plaintiffs,

            -against-

MK CUISINE GLOBAL LLC, et al.,

                             Defendants.
------------------------------------------------------------X

21-CV-10694 (VSB)

**ORDER**

<u>VERNON S. BRODERICK</u>, United States District Judge:

      The conference in this matter currently scheduled for February 1, 2023, at 3:30 p.m. is adjourned pending further order of the Court.

SO ORDERED.

Dated:  January 27, 2023
          New York, New York

                                                                              Vernon S. Broderick
                                                                              United States District Judge