Moira C. Brennan, Esq.
100 Church Street, Suite 800
New York, New York 10007
Tel. 646-535-3309
mbrennan@brennanlawgroup.org

**APPLICATION GRANTED**
**SO ORDERED** *[signature]*
**VERNON S. BRODERICK**
**U.S.D.J.**

*Via ECF Filing*

Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

The conference scheduled in this case for April 11, 2024 at 2:00 p.m., (Doc. 96), is hereby adjourned to April 19, 2024 at 2:00 p.m.

Dated: March 27, 2024

Re: <u>Olibares et al v. MK Cuisine Global, LLC et al., 21-cv-10694 (VSB)</u>

Dear Judge Broderick:

I am the attorney of record for individual defendants Khalil Saliba and Raymond Azzi as well as the corporate defendants Plant Based Pizza NY, LLC (Double Zero) and A&D Wine Corp. (Bar Verde) in the above referenced action. I write today to in response to the order made by this Court on February 22, 2024 which directed, among other things, that all parties appear for a telephone conference on April 11, 2024 at 2:00 P.M. I am writing to request an adjournment of that telephone conference due to a scheduling conflict.

I therefore submit this request that the conference now scheduled for Thursday, April 11, 2024 at 2 P.M. be adjourned to Tuesday, April 19, 2024 at 2 P.M.

I have conferred with Anne Seelig (Attorney for Plaintiffs) and Paul Rachmuth (Attorney for Defendants). Both gave consent to the adjournment of this conference to this proposed date and time. I also contacted Chambers to make sure that this proposed date would not conflict the Court's schedule.

Respectfully submitted,

*[signature]*
Moira C. Brennan