**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

ROSA OLIBARES and ADAM RUSSELL,
*on behalf of themselves, FLSA Collective Plaintiffs,*
*and the class,*

                Plaintiffs,

   v.

MK CUISINE GLOBAL LLC,
XYST, LLC,
PLANT BASED HOLDINGS, LLC,
BELGA CORP,
   d/b/a XYST,
PLANT-BASED PIZZA NEW YORK LLC,
   d/b/a DOUBLE ZERO,
   d/b/a 00+CO,
A&D WINE CORP
   d/b/a PLANT FOOD + WINE,
   d/b/a BAR VERDE,
CJFM LLC,
   d/b/a SESTINA,
HUNGRY ANGELINA DUMBO LLC,
   d/b/a HUNGRY ANGELINA,
MKCPBAY LLC,
   d/b/a SUTRA,
PLANT-BASED RESTAURANT EAST 4TH LLC,
   d/b/a SENTIO,
MATTHEW KENNEY, RAYMOND AZZI,
and KHALIL SALIBA,

                Defendants.

---

Case No.: 21-cv-10694 (VSB)

**NOTICE OF PLAINTIFFS' MOTION TO ENFORCE CLASS SETTLEMENT AGREEMENT**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, Declaration of C.K. Lee, and the materials annexed thereto, Plaintiffs, on behalf of themselves and all others similarly situated, by their undersigned attorneys, hereby move the Court to enforce the class settlement agreement executed by the parties on July 14, 2022 and filed as Dkt. No. 60-1.

Date: May 20, 2024                                   Respectfully submitted,

    New York, New York                        By:   /s/ *CK Lee*
                                                                     C.K. Lee, Esq.

                                                                     **LEE LITIGATION GROUP, PLLC**
                                                                     C.K. Lee (CL 4086)
                                                                     Anne Seelig (AS 3976)
                                                                     148 W. 24th Street, 8th Floor
                                                                     New York, NY 10011
                                                                     Tel.: 212-465-1180
                                                                     Fax: 212-465-1181
                                                                     *Attorneys for Plaintiffs,*
                                                                     *FLSA Collective Plaintiffs*
                                                                     *and the Class*