UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
ROSA OLIBARES and ADAM RUSSELL, *on*                        :
*behalf of themselves, FLSA Collective*                     :
*Plaintiffs, and the Class,*                                :
                                                            :        21-CV-10694 (VSB)
                                        Plaintiffs,         :
                                                            :        **ORDER**
                     -against-                              :
                                                            :
MK CUISINE GLOBAL LLC, *et al.*,                            :
                                                            :
                                        Defendants.         :
                                                            :
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

On May 20, 2024, Plaintiffs filed a motion to enforce a class settlement agreement that I

previously rejected under *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015).

(Doc. 103.)  Having reviewed the motion, I fail to see how its "legal contentions are warranted

by existing law."  Fed. R. Civ. P. 11(b)(2).  For example, Plaintiffs fail to cite a single case for

the proposition that I have authority to (1) unilaterally alter the terms of an existing settlement

agreement, and (2) enforce the revised agreement against Defendants over their objection.

Accordingly, it is hereby

ORDERED THAT briefing on the motion is adjourned.

IT IS FURTHER ORDERED THAT that counsel for all parties shall appear

telephonically for a conference scheduled on June 7, 2024 at 2:00 p.m.  The call-in number for

the conference line is 888-363-4749 and the access code is 2682448.

SO ORDERED.

Dated: May 22, 2024
      New York, New York

Vernon S. Broderick
United States District Judge